# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL ALBERT GREENWOOD, <br><br> Petitioner <br><br> v. <br><br> JEFF MACOMBER, <br><br> Respondent. | Case No. CV 16-2078-DMG (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATED: May 29, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE